IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31 PM 3:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.

**LORENZO DAVIS**                                                05cr20303-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___08·31-05___ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___Ned Germany for Pat Brown___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18 USC 922(g)
firearms

Attorney assigned to Case: G. Gilluly

Age: 23

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-1-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20303 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT