IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
   Plaintiff, )
)
VS. )   CR. NO. 05-20303-B
)
LORENZO DAVIS, )
   Defendant. )
)

### *C*O*R*R*E*C*T*E*D*  ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on November 7, 2005, the United States Attorney for this district, David Pritchard, appearing for the Government and the defendant, Lorenzo Davis, appearing in person and with counsel, Edwin Perry, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to **Count 2 of the Indictment.**

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, FEBRUARY 8, 2006, at 1:30 P.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 21st day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20303 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT